THE CITY OF NEW YORK, Appellant, v. FREDERICK J. R. CLARKE, as Executor of JOHN J. LINSON, Deceased, et al., Respondents.

*City of New York* v. *Clarke*, 173 App. Div. 987, affirmed.

(Argued March 28, 1918; decided April 23, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 26, 1916, affirming a judgment in favor of defendants entered upon a dismissal of the complaint by the court at a Trial Term without a jury in an action for an accounting of money paid by the plaintiff to the defendants for legal services and disbursements. The complaint alleged fraud and conspiracy of the defendants, in that they agreed among themselves to make excessive and unlawful charges against the plaintiff, and to share in the receipts from said excessive and unlawful charges, and did make excessive and unlawful charges, and obtained the taxation thereof by means of false representations, and divided the money received thereon among themselves, and demanded judgment that the consent of the corporation counsel and the taxation by justices of the Supreme Court of the bills rendered by the defendants be canceled, vacated and set aside and that the plaintiff recover a money judgment against the defendants.

*William P. Burr, Corporation Counsel (William McM. Speer* of counsel), for appellant.

*Howard Chipp* for executor of John J. Linson, deceased, respondent.

*John G. Van Etten* for Everett Fowler, respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., COLLIN, CUDDEBACK, CARDOZO, POUND, CRANE and ANDREWS, JJ.